IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GREG DUGAS,

    Plaintiff,

v.                                                 Civil Action No. 3:10CV102

**COMMONWEALTH OF VIRGINIA, et al.,**

    Defendants.

### MEMORANDUM OPINION

Greg Dugas, a Virginia prisoner proceeding pro se, filed this civil action. By Memorandum Order entered on March 17, 2011, the Court directed Dugas to particularize his complaint.[1] The Court provided Dugas with specific directions to follow to do so. The Court directed Dugas to file his particularized complaint within

---

[1] Dugas's complaint alleged "serious abuses of (1) the Patriot Act, (2) the Enemy Combatant Doctrine, and (3) Federal RICO violations." (Compl. 1 (capitalization corrected).) He states that he bases his complaint on violations of 42 U.S.C. § 1985(3). Dugas claims he "is currently being detained in a politically and constitutionally infirm manner in the State of Virginia as an Enemy Combatant as a result of the Commonwealth's police and prosecution agencies having unlawfully designated Dugas as an Enemy Combatant." (Compl. 2 (brackets omitted).) Dugas claims that the police "entrapped [him] into committing Va. law violations in self-defense to . . . outrageous government conduct." (Compl. 2.) Dugas alleges that "Va. prosecutors . . . engaged in a conspiracy to cover up that police misconduct—and did in fact cover it up—by unlawfully prosecuting Dugas for those entrapped offenses." (Compl. 2.) Dugas seeks equitable relief and damages because police violated Dugas's "federally protected rights on the streets of Virginia by engaging in Outrageous Government Conduct." (Compl. 2.) As factual support for these legal conclusions, Dugas seeks to "set[] forth and incorporate[] by reference the entire casefile of Greg Lee Dugas v. Hanover County Circuit Court, et. al." (Compl. 5.)

fourteen (14) days from the date of entry thereof and warned Dugas that failure to do so would result in dismissal of the action.

More than fourteen (14) days have elapsed and Dugas has not submitted a particularized complaint. Dugas's failure to do so indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Dugas.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: May 17, 2011
Richmond, Virginia